UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
:
ERICK HESS, :
:
:
Plaintiff, :
: CASE NO. 1:20-cv-05012
-v- :
: SO ORDERED.
RESTORBIO, INC., DAVID W. MIMS, PAT :
FABBIO, ANN MACDOUGALL, GÉRARD :
BER, BRADLEY L. CAMPBELL, ERIC J. ENDE, :
KAREN JEAN FERRANTE, and HEINZ :
MÄUSLI, : July 2, 2020
:
:
Defendants. :
------------------------------------------ X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 30, 2020                                Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*_____
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*